# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**CORNELIA SHIREY,**
    Petitioner,

v.

**WARDEN GARRETT,**
    Respondent.

**Case No. 7:22-cv-646-CLM-JHE**

## MEMORANDUM OPINION

    Petitioner Cornelia Shirey filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). The magistrate judge has entered a report, recommending that the court grant the respondent's motion for summary dismissal, deny Shirey's petition, and dismiss her claims with prejudice. (Doc. 12). No one has objected to the magistrate judge's recommendation.

    After consideration of the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will grant the respondent's motion for summary dismissal and deny Shirey's petition.

    The court will enter a separate final judgment that carries out this ruling.

    **Done** on December 8, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE